



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

June 12, 1939

Honorable Joe J. Fisher
District Attorney
San Augustine, Texas

Dear Sir:

Opinion No. 0-049
Re: Authority of Commissioners'
Court to employ stenographer
for county attorney to assist
in the filing of delinquent
tax suits and pay 10% of the
delinquent taxes as compensa-
tion.

We are in receipt of your letter of June 8, 1939,
wherein you request our opinion as to whether the commission-
ers' court may set aside 10% of the delinquent taxes to pay
the salary of a stenographer for the county attorney to as-
sist in the filing of delinquent tax suits.

In view of the language used in your question, we
shall assume that it is contemplated that such 10% shall be
paid out of the shares of both the county and the state in
such delinquent taxes, rather than being paid by the county
alone.

Article 7335, Revised Civil Statutes, provides that
under certain circumstances a commissioners' court may em-
ploy or contract with a competent attorney to enforce or as-
sist in the enforcement of the collection of delinquent state
and county taxes for a per cent on the taxes, penalty and in-
terest actually collected. Article 7335a, R.C.A., places
certain limitations upon such power to contract. As said by
the Commission of Appeals in the case of Easterwood v. Hender-
son County, 82 S.W.(2)d, "the power to provide for the col-
lection of delinquent taxes and prescribe the compensation
to be paid for services rendered in that respect resides ex-
clusively in the Legislature. . . . except as given by statute
a commissioners' court is powerless to contract in the respects
mentioned."

With respect to the diversion of a part of the state's share of delinquent taxes for the payment of compensation for services in collecting such taxes, Articles 7335 and 7335a, R. C. S., are exclusive.

Our answer to your question, therefore, is that 10% of the delinquent taxes, including the shares of both the state and the county, cannot be set aside by the commissioners' court to pay the salary of a stenographer for the county attorney to assist in the filing of delinquent tax suits.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

APPROVED
OPINION
COMMITTEE

GRL-MR

APPROVED:

ATTORNEY GENERAL OF TEXAS